```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04473
   DAVID NASS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-4435

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/27/08 .

   2.  The case was dismissed without confirmation, 04/04/2008.

-----------------------------------------------------------------------
CREDITOR NAME               CLASS       CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------

        Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00          .00           .00
PRINCIPAL PAID          .00         .00         .00          .00           .00
INTEREST PAID           .00         .00         .00          .00           .00
TOTAL PAID              .00         .00         .00          .00           .00
The Debtor's attorney, THADDEUS J HUNT ESQ          , was allowed $       .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




Dated: 07/17/08              /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
        CASE NO. 08 B 04473 DAVID NASS
```